IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

GREGORY PAUL CARR                                                          PLAINTIFF

v.                                                                  No. 4:16CV88-MPM-DAS

OFFICER LLOYD HOOVER
CHIEF FREDDIE CANNON
MAYOR JOHN COX                                                            DEFENDANTS

## JUDGMENT

Having considered the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge and the objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is **ORDERED**:

1. That the plaintiff's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**;

2. That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court; and

3. That defendants Chief Freddie Cannon and Mayor John Cox are **DISMISSED** from this case for failure of the plaintiff to state a constitutional question in his allegations against them.

4. The plaintiff's claims against Officer Lloyd Hoover for arrest without probable cause will, however, **PROCEED**.

**SO ORDERED**, this, the 13th day of April, 2018.

/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI